IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01058-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 75.70.40.74,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2014.**

    Plaintiff's Motion to Correct IP Address on Court Docket, construed by this Court as a motion to amend the caption on the case docket [filed April 24, 2014; docket # 12] is **granted**. Due to Plaintiff's counsel's admitted typographical error, the correct IP address is listed in the caption on the Complaint (docket #1), but not on the caption on the docket sheet in this case. Accordingly, the Court directs to the Clerk of the Court to amend the caption on the case docket sheet to reflect the IP address as listed above.